1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefied@fenwick.com
2  RACHAEL G. SAMBERG (CSB No. 223694)
   rsamberg@fenwick.com
3  FENWICK & WEST LLP
   555 California St., 12th Floor
4  San Francisco, CA  94111
   Telephone: (415) 875-2300
5  Facsimile:  (415) 281-1350

6  Attorneys for Plaintiff
   STRATAGEM PARTNERING, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | STRATAGEM PARTNERING, INC., | Case No. C-06-05660 WHA
12 |         Plaintiff,          |
13 |   v.                        | **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**
14 | ONYX SOFTWARE CORPORATION, d/b/a ONYX SOLUTIONS CORPORATION, and DOES 1 through 5 inclusive, |
15 |                             |
16 |         Defendants.         |
17

21    IT IS HEREBY STIPULATED by and between the parties, through their respective

22 counsel, and subject to the approval of the Court that, pursuant to Rule 41 of the Federal Rules of

23 Civil Procedure, all claims in this action are hereby dismissed with prejudice, with each party to

24 bear its own costs and attorneys' fees.

25    **IT IS SO STIPULATED.**

26 /// ///

27 /// ///

28 /// ///

STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE        1        CASE NO. C-06-05660 WHA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 12, 2007 | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: /s/ Rachael Samberg |
| | | Rachael G. Samberg |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>STRATAGEM PARTNERING, INC. |
| 7 | | |
| 8 | Dated: March 23, 2007 | BLACK LOWE & GRAHAM<sup>PLLC</sup> |

Dated: March 23, 2007      BLACK LOWE & GRAHAM^PLLC

/s/ David A. Lowe

David A. Lowe

Attorneys for Defendant
ONYX SOFTWARE CORPORATION, d/b/a
Onyx Solutions Corporation

**ORDER**

IT IS SO ORDERED.

DATED: June 13, 2007

_____
HONORABLE WILLIAM A. ALSUP
DISTRICT COURT JUDGE

[Seal: United States District Court, Northern District of California — IT IS SO ORDERED / Judge William Alsup]

25519/00400/SF/5195223.2

---

STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE     2     CASE NO. C-06-05660 WHA